UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

DIANE RUTH PATTON
SSN: xxx-xx-8484
Debtor

CASE NUMBER:    04-34509
CHAPTER 13

**NOTICE TO CAPITAL ONE THAT $6.13 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUNDS ACCOUNT    IN TREASURY FUND #6047BK**

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Capital One, creditor herein, and deposits $6.13 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. That the last known address for Capital One was:

   P. O. Box 85167
   Richmond, VA 23285-5147

2. That several of the Standing Chapter 13 Trustee's disbursement checks have been returned with "Box Closed Unable to Deliver" stamped on the front of the envelope by the Postmaster;

3. Subsequent attempts to locate this creditor were fruitless;

4. That this case was discharged July 30, 2010, and is closed.

5. That any objections to said Deposit should be made in writing with the Court Clerk.

Dated: August 17, 2010

/s/ Debra L. Miller
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served as follows on    August 17, 2010

By U.S. Mail postage prepaid
Debtor: Diane Ruth Patton, 115 West 5th Street, Peru, IN 46970
Creditor:  Capital One, P. O. Box 85167, Richmond, VA 23285-5147

By electronic mail via CM/ECF:
Debtor's Attorney: Brad A. Woolley
U.S. Trustee:  ustregion10.so.efc@usdoj.gov

/s/ Harriette M. King
Harriette M. King